# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMIRK'S LTD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARTE SANO, LLC, et al.,<br><br>　　　　Defendants. | Case No. 1:23-cv-00552-ADA-SAB<br><br>ORDER RE: STIPULATION TO FILE AMENDED COMPLAINT<br><br>(ECF No. 7) |

　　　　Plaintiff Smirk's LTD ("Plaintiff") initiated this action in state court on November 1, 2022. (ECF No. 1 at 7.) Defendants removed the action to federal court on April 7, 2023. (ECF No. 1.) An initial scheduling conference is set for August 8, 2023. (ECF No. 3.)

　　　　On April 13, 2023, the parties filed a stipulation to amend the complaint, following the parties' meet and confer discussions regarding the original complaint and issues that would have served as a basis for a motion to dismiss. (ECF No. 7.) The Court is satisfied that good cause exists to grant the parties' requested relief.

　　　　Accordingly, good cause appearing and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

　　　　1.　　　　Plaintiff is GRANTED leave to file an amended complaint (ECF No. 7);

　　　　2.　　　　Plaintiff shall file the proposed amended complaint no later than **May 1, 2023**;

1

and

3. Defendants' responses to the first amended complaint shall be filed in compliance with the Federal Rule of Civil Procedure 15(a)(3).

IT IS SO ORDERED.

Dated:  **April 14, 2023**

UNITED STATES MAGISTRATE JUDGE